LOEB et al., Appellants, v. SUPREME LODGE, ROYAL ARCANUM, Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Carrie Loeb and another against the Supreme Lodge,

Royal Arcanum. G. E. Joseph, for appellants. A. C. Salmon, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE, J., dissents.

LOEBER, Appellant, v. NEW YORK BOTANICAL GARDEN, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Justin Loeber, by Charles Loeber, his guardian ad litem, against the New York Botanical Garden. No opinion. Judgment and order unanimously affirmed, with costs.